| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>Citizens Bank, N.A. | Order Filed on January 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| JOHN J. DIGREGORIO<br>A/K/A HUSBAND OF PATRICIA M. DIGREGORIO<br>(DECEASED)<br>xxx-xx-5533<br><br>Debtor. | Case No.:    16-23176<br>Chapter:     13<br>Judge:        ABA<br><br>Hearing Date:  January 10, 2017 |

### ORDER RESOLVING CITIZENS BANK, N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE CONSENT OF THE PARTIES

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   John J. DiGregorio
Case No:  16-23176/ABA
Caption of Order: ORDER RESOLVING RELIEF MOTION

---

Upon consideration of ("Movant") Citizens Bank, N.A.'s motion for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and Debtor having asserted opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtor's post-petition mortgage arrearages for the months of July 20, 2016 through December 20, 2016 total $2,275.02 and are broken down as follows:

   7/20/16 post-petition mortgage payment -  $370.60
   8/20/16 post-petition mortgage payment -  $382.95
   9/20/16 post-petition mortgage payment -  $382.95
   10/20/16 post-petition mortgage payment -  $370.60
   11/20/16 post-petition mortgage payment -  $382.96
   12/20/16 post-petition mortgage payment -  $384.96

2. Debtor shall tender the sum of $2,275.02 directly to Movant on or before the close of business for February 28, 2017.  If Debtor does not cure the post-petition arrearages as aforesaid, Movant may file a certification of default with the court on notice to all parties.

3. Commencing with the January 20, 2017 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

**(Page 3)**
Debtor:   John J. DiGregorio
Case No:  16-23176/ABA
Caption of Order: ORDER RESOLVING RELIEF MOTION

---

    4.    Debtor shall reimburse Movant through his Chapter 13 Plan of Reorganization as an administrative claim the sum of $176.00 for attorney's fees and costs incurred by Movant in the prosecution of its motion for relief from stay.

    5.    **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant, its successors and/or assigns, for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 105 Fox Meadow Drive, Sicklerville, NJ  08081.  The order submitted to the Court will not require the consent of the debtor or the debtor's counsel regarding form or substance, however, the trustee, debtors and his counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

    6.    Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the court.

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 16-23176-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin     Page 1 of 1     Date Rcvd: Jan 20, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.  
db          +John J. DiGregorio,   105 Fox Meadow Drive,   Sicklerville, NJ 08081-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:  
         Chester A. Luszcz    on behalf of Creditor    Terrestria Association Inc luszcz@comcast.net, bluszcz@comcast.net  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri    on behalf of Creditor    CITIZENS BANK, NA bk@rgalegal.com  
         Eric  Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
                                                                                TOTAL: 7