Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–23176–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. DiGregorio
   aka Husband of Patricia M. DiGregorio
   (Deceased)
   105 Fox Meadow Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–5533

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        7/27/17
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fee: $1900.00

EXPENSES
$45.12

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: June 16, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23176-ABA
John J. DiGregorio                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jun 16, 2017
                             Form ID: 137          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db             +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142
cr             +Terrestria Association Inc,    Hyberg White Mann,     2111 New Road,    Suite 105,
                 Northfield, NJ 08225-1512
516279063       Citizens Bank,    PO BOX 42008,    Providence, RI 02940-2008
516378510      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
516279065       Horizon Blue Cross Blue Shield of NJ,    PO BOX 10192,    Newark, NJ 07101-3120
516403883      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516279068      +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
516389494     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516279070       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
516279071      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516279072       Terrestria Homeowner's Association,    2 Fox Meadow D,    Sicklerville, NJ 08081
516320053      +Terrestria Association,    c/o Norman L. Zlotnick, Esquire,    Hyberg White & Mann,
                 2111 New Road, Suite 105,    Northfield, NJ 08225-1512
516547140      +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
                 Blackwood NJ 08012-0008
516279074       Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170
516373773      +Toyota Motor Credit Corporatio,    PO Box 9013,    Addison, Texas 75001-9013
516279075       UPHS PPMC Patient Pay,    PO Box 824314,    Philadelphia, PA 19182-4314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2017 22:12:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2017 22:12:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516279062      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 16 2017 22:11:56      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516294415       E-mail/Text: bankruptcy@pepcoholdings.com Jun 16 2017 22:11:56
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516279064       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 22:15:42      Home Design-Flooring/Syncb,
                 PO BOX 960061,    Orlando, FL 32896-0061
516279066      +E-mail/Text: cio.bncmail@irs.gov Jun 16 2017 22:11:48      Internal Revenue Service,
                 PO BOX 219690,    Kansas City, MO 64121-9690
516279067       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 22:15:42      Lowe's/Synchrony Bank,
                 Po Box 530914,    Atlanta, GA 30353-0914
516408159      +E-mail/PDF: cbp@onemainfinancial.com Jun 16 2017 22:16:00      ONEMAIN FINANCIAL,
                 605 MUNN ROAD,    FT. MILL, SC 29715-8421
516279069       E-mail/PDF: cbp@onemainfinancial.com Jun 16 2017 22:15:43      One Main Financial,
                 PO BOX 9001122,    Louisville, KY 40290-1122
516778500       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2017 22:21:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516778501       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2017 22:21:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516279073       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 22:16:19      Thomasville/Synchrony Bank,
                 PO BOX 965033,    Orlando, FL 32896-5033
                                                                                  TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547214*     +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
                 Blackwood NJ 08012-0008
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 16, 2017
                              Form ID: 137             Total Noticed: 28
```

```
                      ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
          Chester A. Luszcz   on behalf of Creditor   Terrestria Association Inc luszcz@comcast.net,
           bluszcz@comcast.net
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri   on behalf of Creditor   CITIZENS BANK, NA bk@rgalegal.com
          Eric  Clayman   on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jeffrey E. Jenkins   on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
                                                                      TOTAL: 7
```