| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN** <br> Eric J Clayman, Esquire <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> (856) 546-9696 <br> Attorneys for the Debtor | |
| In Re: <br><br> John DiGregorio <br> Debtor | Case No: 16-23176 <br><br> Chapter: 13 <br><br> Judge: ABA |

**Order Filed on July 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__1800.00_____ for services rendered and expenses in the amount of $__45.12_____ for a total of $___1845.12_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____906.00_____ per month for _____49_____ months to allow for payment of the foresaid fee.