# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-23176 |
|---|---|---|
| John J. DiGregorio | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | ABA |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Non Payment on behalf of CITIZENS BANK, NA

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** September 19, 2017 @ 10:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 8/25/2017

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __8/25/__, 20__17__ this notice was served on the following: Debtor(s), Attorney for Debtor(s)
Creditor's Attorney,
Trustee, and US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Linda Martin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-23176-ABA
John J. DiGregorio                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: Aug 25, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.
db        +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:
      Chester A. Luszcz    on behalf of Creditor    Terrestria Association Inc luszcz@comcast.net, bluszcz@comcast.net
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Emmanuel J. Argentieri    on behalf of Creditor    CITIZENS BANK, NA bk@rgalegal.com
      Eric Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
      Stephanie F. Ritigstein    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
                                                             TOTAL: 8