Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−23176−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. DiGregorio
   aka Husband of Patricia M. DiGregorio
   (Deceased)
   105 Fox Meadow Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−5533

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 27, 2017.

On 11/7/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                December 13, 2017
Time:                10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 8, 2017
JAN: lgr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 16-23176-ABA
John J. DiGregorio                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 2           Date Rcvd: Nov 08, 2017
                            Form ID: 185           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
```
db          +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142
cr          +Terrestria Association Inc,    Hyberg White Mann,    2111 New Road,   Suite 105,
              Northfield, NJ 08225-1512
516279063    Citizens Bank,    PO BOX 42008,    Providence, RI 02940-2008
516378510   +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
516279065    Horizon Blue Cross Blue Shield of NJ,    PO BOX 10192,    Newark, NJ 07101-3120
516279068   +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
516389494  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State Of New Jersey,    Division Of Taxation,   Bankruptcy Section,
              PO Box 245,   Trenton, NJ 08695-0245)
516279070    Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
516279071   +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516279072    Terrestria Homeowner's Association,    2 Fox Meadow D,   Sicklerville, NJ 08081
516320053   +Terrestria Association,    c/o Norman L. Zlotnick, Esquire,    Hyberg White & Mann,
              2111 New Road, Suite 105,    Northfield, NJ 08225-1512
516547140   +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
              Blackwood NJ 08012-0008
516279074    Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170
516373773   +Toyota Motor Credit Corporatio,    PO Box 9013,    Addison, Texas 75001-9013
516279075    UPHS PPMC Patient Pay,    PO BOX 824314,    Philadelphia, PA 19182-4314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:10      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:07     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516279062   +E-mail/Text: bankruptcy@pepcoholdings.com Nov 08 2017 22:43:52     Atlantic City Electric,
              PO Box 13610,    Philadelphia, PA 19101-3610
516294415    E-mail/Text: bankruptcy@pepcoholdings.com Nov 08 2017 22:43:52
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ  08069-3600
516279064    E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:30     Home Design-Flooring/Syncb,
              PO BOX 960061,    Orlando, FL 32896-0061
516279066   +E-mail/Text: cio.bncmail@irs.gov Nov 08 2017 22:43:45     Internal Revenue Service,
              PO BOX 219690,    Kansas City, MO 64121-9690
516279067    E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:48     Lowe's/Synchrony Bank,
              Po Box 530914,    Atlanta, GA 30353-0914
516403883   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2017 22:44:06     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
516408159   +E-mail/PDF: cbp@onemainfinancial.com Nov 08 2017 22:46:28     ONEMAIN FINANCIAL,
              605 MUNN ROAD,    FT. MILL, SC 29715-8421
516279069    E-mail/PDF: cbp@onemainfinancial.com Nov 08 2017 22:46:28     One Main Financial,
              PO BOX 9001122,    Louisville, KY 40290-1122
516778500    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 23:03:26
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
516778501    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:39
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541,
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
516279073    E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:48     Thomasville/Synchrony Bank,
              PO BOX 965033,    Orlando, FL 32896-5033
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547214*  +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
              Blackwood NJ 08012-0008
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Nov 08, 2017
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Chester A. Luszcz    on behalf of Creditor    Terrestria Association Inc luszcz@comcast.net,
               bluszcz@comcast.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    CITIZENS BANK, NA bk@rgalegal.com
              Eric  Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
                                                                                             TOTAL: 8
```