| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>Citizens Bank, N.A. | Order Filed on November 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| JOHN J. DIGREGORIO<br>A/K/A HUSBAND OF PATRICIA M. DIGREGORIO<br>(DECEASED)<br>xxx-xx-5533<br><br>                    Debtor. | Case No.:    16-23176<br>Chapter:    13<br>Judge:    ABA<br><br>Hearing Date:  September 19, 2017 |


### ORDER RESOLVING CITIZENS BANK, N.A.'S RELIEF APPLICATION SUBMITTED UNDER THE 7-DAY RULE

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   John J. DiGregorio
Case No:  16-23176/ABA
Caption of Order: **ORDER RESOLVING CITIZENS BANK, N.A.'S RELIEF APPLICATION SUBMITTED UNDER THE 7-DAY RULE**

Upon consideration of ("Movant") Citizens Bank, N.A.'s application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth; and Debtor having asserted opposition thereto; and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtor's post-petition mortgage arrearages for the months of January 20, 2017 through September 20, 2017 total $3,125.26.  Debtor shall cure same as per below.

2. Debtor shall tender the sum of $1,000.00 directly to Movant on or before the close of business for October 9, 2017.  If Debtor does not remit payment as aforesaid, Movant may file a certification of default with the court on notice to all parties.

3. Commencing with the October 20, 2017 post-petition payment and continuing each month thereafter through and including March 20, 2018, Debtor shall remit regular monthly payments, plus 1/6 of the balance of the above arrearage ($354.21).

4. Commencing with the April 20, 2018 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

**(Page 3)**
Debtor:   John J. DiGregorio
Case No:  16-23176/ABA
Caption of Order: **ORDER RESOLVING CITIZENS BANK, N.A.'S RELIEF APPLICATION SUBMITTED UNDER THE 7-DAY RULE**

---

5.   Debtor shall reimburse Movant through his Chapter 13 Plan of Reorganization as an administrative claim the sum of $350.00 for attorney's fees and costs incurred by Movant in the prosecution of its relief application.

6.   **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant, its successors and/or assigns, for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 105 Fox Meadow Drive, Sicklerville, NJ 08081.  The order submitted to the Court will not require the consent of the debtor or the debtor's counsel regarding form or substance, however, the trustee, debtor and his counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

7.   Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the court.