Form: ICB-19001-01 rev. 01



| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 |

Order Filed on December 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   John J. Di Gregorio

                    Debtor(s)

Case No.: 16-23176 (ABA)

Hearing Date: 12/13/2017

Judge:      Andrew B. Altenburg, Jr.

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through four(4) is hereby

**ORDERED**.

**DATED: December 14, 2017**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: John J. Di Gregorio
Case No.: 16-23176 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 11/07/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 08/01/2016 | 15.00 | $0.00 |
| 11/01/2017 | Paid to Date | $12,644.00 |
| 12/01/2017 | 2.00 | $1,045.00 |
| 02/01/2018 | 1.00 | $700.00 |
| 03/01/2018 | 2.00 | $1,045.00 |
| 05/01/2018 | 1.00 | $700.00 |
| 06/01/2018 | 2.00 | $1,045.00 |
| 08/01/2018 | 1.00 | $700.00 |
| 09/01/2018 | 2.00 | $1,045.00 |
| 11/01/2018 | 1.00 | $700.00 |
| 12/01/2018 | 2.00 | $1,045.00 |
| 02/01/2019 | 1.00 | $700.00 |
| 03/01/2019 | 2.00 | $1,045.00 |

Page 3 of 4
Debtor: John J. Di Gregorio
Case No.: 16-23176 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

| Starting Month | No. of Months | Amount |
|---|---|---|
| 05/01/2019 | 1.00 | $700.00 |
| 06/01/2019 | 2.00 | $1,045.00 |
| 08/01/2019 | 1.00 | $700.00 |
| 09/01/2019 | 2.00 | $1,045.00 |
| 11/01/2019 | 1.00 | $700.00 |
| 12/01/2019 | 2.00 | $1,045.00 |
| 02/01/2020 | 1.00 | $700.00 |
| 03/01/2020 | 2.00 | $1,045.00 |
| 05/01/2020 | 1.00 | $700.00 |
| 06/01/2020 | 2.00 | $1,045.00 |
| 08/01/2020 | 1.00 | $700.00 |
| 09/01/2020 | 2.00 | $1,045.00 |
| 11/01/2020 | 1.00 | $700.00 |
| 12/01/2020 | 2.00 | $1,045.00 |
| 02/01/2021 | 1.00 | $700.00 |
| 03/01/2021 | 2.00 | $1,045.00 |
| 05/01/2021 | 1.00 | $700.00 |
| 06/01/2021 | 2.00 | $1,045.00 |
| 08/01/2021 | Projected end of plan | |

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Debtor: John J. Di Gregorio
Case No.: 16-23176 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

total plan length of 60 months.