Form: ICB-19001-01 rev. 01

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in compliance with D.N.J. LBR 9004-2(c)<br><br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977 | <br><br>Order Filed on December 14, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   John J. Di Gregorio<br><br><br><br>Debtor(s) | Case No.: 16-23176 (ABA)<br><br>Hearing Date: 12/13/2017<br><br>Judge:  Andrew B. Altenburg, Jr. |

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through four(4) is hereby

**ORDERED**.

**DATED: December 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2 of 4
Debtor: John J. Di Gregorio
Case No.: 16-23176 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 11/07/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the case is to be set up as a Tier Plan and the debtor shall pay the Standing Trustee, Isabel C. Balboa, based upon the following schedule:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 08/01/2016 | 15.00 | $0.00 |
| 11/01/2017 | Paid to Date | $12,644.00 |
| 12/01/2017 | 2.00 | $1,045.00 |
| 02/01/2018 | 1.00 | $700.00 |
| 03/01/2018 | 2.00 | $1,045.00 |
| 05/01/2018 | 1.00 | $700.00 |
| 06/01/2018 | 2.00 | $1,045.00 |
| 08/01/2018 | 1.00 | $700.00 |
| 09/01/2018 | 2.00 | $1,045.00 |
| 11/01/2018 | 1.00 | $700.00 |
| 12/01/2018 | 2.00 | $1,045.00 |
| 02/01/2019 | 1.00 | $700.00 |
| 03/01/2019 | 2.00 | $1,045.00 |

Debtor: John J. Di Gregorio
Case No.: 16-23176 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

| Starting Month | No. of Months | Amount |
| --- | --- | --- |
| 05/01/2019 | 1.00 | $700.00 |
| 06/01/2019 | 2.00 | $1,045.00 |
| 08/01/2019 | 1.00 | $700.00 |
| 09/01/2019 | 2.00 | $1,045.00 |
| 11/01/2019 | 1.00 | $700.00 |
| 12/01/2019 | 2.00 | $1,045.00 |
| 02/01/2020 | 1.00 | $700.00 |
| 03/01/2020 | 2.00 | $1,045.00 |
| 05/01/2020 | 1.00 | $700.00 |
| 06/01/2020 | 2.00 | $1,045.00 |
| 08/01/2020 | 1.00 | $700.00 |
| 09/01/2020 | 2.00 | $1,045.00 |
| 11/01/2020 | 1.00 | $700.00 |
| 12/01/2020 | 2.00 | $1,045.00 |
| 02/01/2021 | 1.00 | $700.00 |
| 03/01/2021 | 2.00 | $1,045.00 |
| 05/01/2021 | 1.00 | $700.00 |
| 06/01/2021 | 2.00 | $1,045.00 |
| 08/01/2021 | Projected end of plan | |

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 4 of 4
Debtor: John J. Di Gregorio
Case No.: 16-23176 (ABA)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

total plan length of 60 months.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-23176-ABA
John J. DiGregorio　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Dec 14, 2017
　　　　　　　　　　　　　Form ID: pdf903　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
db　　　　+John J. DiGregorio,　105 Fox Meadow Drive,　Sicklerville, NJ 08081-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
　　　　Chester A. Luszcz　　on behalf of Creditor　Terrestria Association Inc luszcz@comcast.net, bluszcz@comcast.net
　　　　Denise E. Carlon　　on behalf of Creditor　Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　Emmanuel J. Argentieri　　on behalf of Creditor　CITIZENS BANK, NA bk@rgalegal.com
　　　　Eric　Clayman　　on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
　　　　Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
　　　　Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com
　　　　Jeffrey E. Jenkins　　on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
　　　　Stephanie F. Ritigstein　　on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8