# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*  　　　　　　　　　　　　　　　　　　　　　　　　　　*Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*  　　　　　　　　　　　　　　　　　　　　　*Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*  　　　　　　　　　　　　　　　　　　　　　　　*Jenai M. Cerquoni\**

*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

January 5, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:　　Chapter 13 Bankruptcy
　　　　Debtor(s) Name:　　　John J. Di Gregorio
　　　　Case No:　　　　　　16-23176　ABA
　　　　Hearing Date:　　　　N/A

Dear Judge Altenburg:

　　Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on December 29, 2017 for the above-captioned matter.

　　The proposed form of order filed with the Motion/Application, fails to indicate correct monthly Trustee payments going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect the following payments:

| Starting Month | No. of Months | Amount |
|---|---|---|
| 01/01/2018 | 1.00 | $1,072.00 |
| 02/01/2018 | 1.00 | $700.00 |
| 03/01/2018 | 2.00 | $1,072.00 |
| 05/01/2018 | 1.00 | $700.00 |
| 06/01/2018 | 2.00 | $1,072.00 |
| 08/01/2018 | 1.00 | $700.00 |
| 09/01/2018 | 2.00 | $1,072.00 |
| 11/01/2018 | 1.00 | $700.00 |
| 12/01/2018 | 2.00 | $1,072.00 |
| 02/01/2019 | 1.00 | $700.00 |
| 03/01/2019 | 2.00 | $1,072.00 |
| 05/01/2019 | 1.00 | $700.00 |
| 06/01/2019 | 2.00 | $1,072.00 |
| 08/01/2019 | 1.00 | $700.00 |
| 09/01/2019 | 2.00 | $1,072.00 |

Cherry Tree Corporate Center　　　　　　　　　　　　　　　　　　　　　　　　　　　　Payments Only:
535 Route 38
Suite 580　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1978
Cherry Hill, NJ 08002　　　　　　　　　　　　　　　　　　　　　　　　　　　Memphis, TN 38101-1978
(856) 663-5002

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:        John J. Di Gregorio
      Case No:               16-23176   ABA
      Hearing Date:          N/A

| | | |
|---|---|---|
| 11/01/2019 | 1.00 | $700.00 |
| 12/01/2019 | 2.00 | $1,072.00 |
| 02/01/2020 | 1.00 | $700.00 |
| 03/01/2020 | 2.00 | $1,072.00 |
| 05/01/2020 | 1.00 | $700.00 |
| 06/01/2020 | 2.00 | $1,072.00 |
| 08/01/2020 | 1.00 | $700.00 |
| 09/01/2020 | 2.00 | $1,072.00 |
| 11/01/2020 | 1.00 | $700.00 |
| 12/01/2020 | 2.00 | $1,072.00 |
| 02/01/2021 | 1.00 | $700.00 |
| 03/01/2021 | 2.00 | $1,072.00 |
| 05/01/2021 | 1.00 | $700.00 |
| 06/01/2021 | 2.00 | $1,072.00 |
| 08/01/2021 | Projected end | |

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Eric J. Clayman, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     John J. Di Gregorio   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978
Memphis, TN 38101-1978**

Page **2** of **2**