| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) ROMANO GARUBO & ARGENTIERI Emmanuel J. Argentieri, Esquire 52 Newton Avenue, P.O. Box 456 Woodbury, New Jersey 08096 (856) 384-1515 Attorney for Secured Creditor, Citizens Bank, N.A. | |
| JOHN J. DIGREGORIO A/K/A HUSBAND OF PATRICIA M. DIGREGORIO (DECEASED) xxx-xx-5533  Debtor. | Case No.: 16-23176 Chapter: 13 Judge: ABA |

Order Filed on January 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: John J. DiGregorio
Case No: 16-23176/ABA

Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the application of Citizens Bank, N.A., ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

105 Fox Meadow Drive, Sicklerville, NJ 08081.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Movant, its successors and/or assigns, may pursue any and all loss mitigation options with respect to the Debtor or the real property described above including, but not limited to, repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 16-23176-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 23, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.  
db          +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:  
         Chester A. Luszcz    on behalf of Creditor    Terrestria Association Inc luszcz@comcast.net, bluszcz@comcast.net  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Emmanuel J. Argentieri    on behalf of Creditor    CITIZENS BANK, NA bk@rgalegal.com  
         Eric Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
         Stephanie F. Ritigstein    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net  
                                                                                                         TOTAL: 8