| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on January 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>John DiGregorio<br>Debtor | Case No:   16-23176<br><br>Chapter:   13<br><br>Judge:   ABA |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__700.00____ for services rendered and expenses in the amount of $__14.34_____ for a total of $___714.34_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____**_____ per month for ____**_____ months to allow for payment of the foresaid fee.

** $700.00 per month for the 15 months during the plan when property taxes are due (February, May, August, and November 2018; February, May, August, and November 2019; February, May, August, and November 2020; February, May, and August 2021) and $1,072.00 per month starting January 2018 for the 29 months when property taxes are not due (January, March, April, June, July, September, October and December 2018; January, March, April, June, July, September, October and December 2019; January, March, April, June, July, September, October and December 2020; January, March, April, June, July 2021).