| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |

Order Filed on January 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No: 16-23176 |
|---|---|
| John DiGregorio<br>Debtor | Chapter: 13 |
| | Judge: ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__700.00_____ for services rendered and expenses in the amount of $__14.34_____ for a total of $___714.34_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____**_____ per month for _____**_____ months to allow for payment of the foresaid fee.

** $700.00 per month for the 15 months during the plan when property taxes are due (February, May, August, and November 2018; February, May, August, and November 2019; February, May, August, and November 2020; February, May, and August 2021) and $1,072.00 per month starting January 2018 for the 29 months when property taxes are not due (January, March, April, June, July, September, October and December 2018; January, March, April, June, July, September, October and December 2019; January, March, April, June, July, September, October and December 2020; January, March, April, June, July 2021).

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 16-23176-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 26, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.  
db           +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:

            Chester A. Luszcz     on behalf of Creditor    Terrestria Association Inc luszcz@comcast.net, bluszcz@comcast.net  
            Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Emmanuel J. Argentieri     on behalf of Creditor    CITIZENS BANK, NA bk@rgalegal.com  
            Eric Clayman     on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net  
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
            Jeffrey E. Jenkins     on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
            Stephanie F. Ritigstein     on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net  
                                                                                                                                                                                                        TOTAL: 8