Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−23176−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 John J. DiGregorio
 aka Husband of Patricia M. DiGregorio
 (Deceased)
 105 Fox Meadow Drive
 Sicklerville, NJ 08081

Social Security No.:
 xxx−xx−5533

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/18.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2018
JAN: ml

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 16-23176-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 28, 2018  
                   Form ID: 148     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
```
db             +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142
cr             +Terrestria Association Inc,    Hyberg White Mann,    2111 New Road,   Suite 105,
                 Northfield, NJ 08225-1512
516279063       Citizens Bank,    PO BOX 42008,    Providence, RI 02940-2008
516378510      +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
516279065       Horizon Blue Cross Blue Shield of NJ,    PO BOX 10192,    Newark, NJ 07101-3120
516279068      +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
516389494     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
516279070       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
516279071      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
516279072       Terrestria Homeowner's Association,    2 Fox Meadow D,    Sicklerville, NJ 08081
516320053      +Terrestria Association,    c/o Norman L. Zlotnick, Esquire,    Hyberg White & Mann,
                 2111 New Road, Suite 105,    Northfield, NJ 08225-1512
516547140      +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
                 Blackwood NJ 08012-0008
516279074       Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170
516373773      +Toyota Motor Credit Corporatio,    PO Box 9013,    Addison, Texas 75001-9013
516279075       UPHS PPMC Patient Pay,    PO BOX 824314,    Philadelphia, PA 19182-4314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2018 23:57:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2018 23:57:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516279062      +E-mail/Text: bankruptcy@pepcoholdings.com Jun 28 2018 23:57:16      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
516294415       E-mail/Text: bankruptcy@pepcoholdings.com Jun 28 2018 23:57:16
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516279064       EDI: RMSC.COM Jun 29 2018 03:44:00      Home Design-Flooring/Syncb,    PO BOX 960061,
                 Orlando, FL 32896-0061
516279066      +EDI: IRS.COM Jun 29 2018 03:44:00      Internal Revenue Service,    PO BOX 219690,
                 Kansas City, MO 64121-9690
516279067       EDI: RMSC.COM Jun 29 2018 03:44:00      Lowe's/Synchrony Bank,    Po Box 530914,
                 Atlanta, GA 30353-0914
516403883      +EDI: MID8.COM Jun 29 2018 03:43:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516408159      +EDI: AGFINANCE.COM Jun 29 2018 03:43:00      ONEMAIN FINANCIAL,    605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
516279069       EDI: AGFINANCE.COM Jun 29 2018 03:43:00      One Main Financial,    PO BOX 9001122,
                 Louisville, KY 40290-1122
516778500       EDI: PRA.COM Jun 29 2018 03:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
516778501       EDI: PRA.COM Jun 29 2018 03:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516279073       EDI: RMSC.COM Jun 29 2018 03:44:00      Thomasville/Synchrony Bank,    PO BOX 965033,
                 Orlando, FL 32896-5033
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547214*     +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
                 Blackwood NJ 08012-0008
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2018
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
          Chester A. Luszcz    on behalf of Creditor    Terrestria Association Inc luszcz@comcast.net,
           bluszcz@comcast.net
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    CITIZENS BANK, NA bk@rgalegal.com
          Eric  Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Ronald S. Gellert    on behalf of Creditor    CITIZENS BANK, NA rgellert@gsbblaw.com,
           abrown@gsbblaw.com
          Stephanie F. Ritigstein    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
                                                                                             TOTAL: 9
```